**SO ORDERED.**

**SIGNED this 6th day of May, 2021.**

_____
BENJAMIN A. KAHN
UNITED STATES BANKRUPTCY JUDGE

---

**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF NORTH CAROLINA**
**GREENSBORO DIVISION**

| | | |
|---|---|---|
| In Re: | ) | |
| | ) | |
| Presnell, Marty Boyd       xxx-xx-3388 | ) | |
| Presnell, Lori Michele      xxx-xx-4542 | ) | Case No. 21-10071 C-13G |
| 2301 Millcroft Road | ) | |
| Pleasant Garden, NC 27313 | ) | |
| | ) | |
| Debtors. | ) | |

**ORDER CONFIRMING CHAPTER 13 PLAN**

The plan under Chapter 13 of the United States Bankruptcy Code filed by the Debtors on March 19, 2021, Docket No. 14 ("Plan") having been properly served on all creditors and other parties in interest; and

After notice and opportunity for hearing, it having been determined the Plan complies with the requirements of 11 U.S.C. §1325; it is

ORDERED that the Plan is confirmed.

**[END OF DOCUMENT]**

<u>PARTIES TO BE SERVED</u>
PAGE 1 OF 1
21-10071 C-13G

**ALL PARTIES OF RECORD AS OF THE DATE OF THE ORDER
SHALL BE SERVED BY THE BANKRUPTCY NOTICING CENTER**